**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL MCCOY, MATTHEW MCCOY, and DONALD JESSE ANDRADE, ) ) ) | |
| ) | Case No. 1:21-cv-04940 |
| Plaintiffs, ) | |
| v. ) | Judge Matthew F. Kennelly |
| ) | |
| P.O. JOEL GORDILS #8451 and ) | Magistrate Judge Jeffrey Gilbert |
| P.O. DIVALE ROBERSON #119347, ) | |
| Individually, and the CITY OF ) | JURY DEMAND |
| CHICAGO, a Municipal Corporation, ) | |
| ) | |
| Defendants. ) | |

**FIRST AMENDED COMPLAINT AT LAW**

**NOW COME** the Plaintiffs, MICHAEL MCCOY, MATTHEW MCCOY, and DONALD JESSE ANDRADE, by and through their attorneys, Gregory E. Kulis & Associates, Ltd., and in support of their Complaint against the Defendants, P.O. JOEL GORDILS and P.O. DIVALE ROBERSON #119347, individually, and the CITY OF CHICAGO, a municipal corporation, state as follows:

**COUNT I – FALSE ARREST/SEIZURE**

1. This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiffs, MICHAEL MCCOY, MATTHEW MCCOY, and DONALD JESSE ANDRADE, accomplished by acts and/or omissions of the Defendants, P.O. JOEL GORDILS and P.O. DIVALE ROBERSON #119347, individually, and the CITY OF CHICAGO, a municipal corporation, committed under color of law.

2. This Court has jurisdiction pursuant to 28 U.S.C. 1331 and 1343 as this matter involves issues of federal law.

3. The Plaintiffs, MICHAEL MCCOY, MATTHEW MCCOY, and DONALD JESSE ANDRADE are residents of the State of Illinois.

4. The Defendants, P.O. JOEL GORDILS and P.O. DIVALE ROBERSON #119347, individually, were at all times relevant to the allegations of the Complaint, duly appointed Police Officers of the CITY OF CHICAGO and were acting within their scope of employment and under color of law.

5. On June 30, 2020, the Plaintiffs, MICHAEL MCCOY, MATTHEW MCCOY, and DONALD JESSE ANDRADE, were unloading a car at Plaintiff MICHAEL MCCOY'S home at 10550 S. Wentworth Ave., Chicago, Illinois 60628.

6. The Plaintiffs were not committing a crime or breaking any laws.

7. P.O. JOEL GORDILS and P.O. DIVALE ROBERSON #119347 came upon the scene and started harassing the Plaintiffs, MICHAEL MCCOY, MATTHEW MCCOY, and DONALD JESSE ANDRADE.

8. The Defendants handcuffed the Plaintiffs in a chain.

9. The Plaintiff, MICHAEL MCCOY, immediately informed the Defendants he had a weapon and a conceal and carry license and P.O. JOEL GORDILS confirmed the validity of the same.

10. The Plaintiff, MICHAEL MCCOY, cooperated.

11. The Defendants searched the Plaintiffs and the vehicle.

12. The Defendants, after approximately fifteen minutes, released the Plaintiffs.

13. There were no facts to support any probable cause that Plaintiffs were committing any crime.

14. The Defendants' actions constituted an unlawful seizure.

15. The actions of the Defendants were intentional and wanton.

16. As a result of the Defendants' actions, the Plaintiffs were wrongfully seized.

17. The actions of the Defendants constituted a violation of the Plaintiffs' Fourth Amended rights as protected by 42 U.S.C. § 1983.

18. As a result of the actions of the Defendants, the Plaintiffs, MICHAEL MCCOY, MATTHEW MCCOY, and DONALD JESSE ANDRADE, suffered fear, anxiety, pain and suffering, emotional distress, and money damages.

WHEREFORE, the Plaintiffs, MICHAEL MCCOY, MATTHEW MCCOY, and DONALD JESSE ANDRADE, pray for judgment in their favor and against the Defendants P.O. JOEL GORDILS and P.O. DIVALE ROBERSON #119347, individually, in an amount of fair and reasonable compensatory damages, punitive damages, attorneys' fees and costs.

## COUNT II – UNLAWFUL SEARCH

1-13. The Plaintiffs hereby reallege and incorporate their allegations of paragraphs 1-13 of Count I as their respective allegations of paragraphs 1-13 of Count II as though fully set forth herein.

14. The Defendants did not have probable cause or a search warrant to search the plaintiffs or their vehicles.

15. The actions of the search constituted a violation of the Plaintiff's fourth amendment rights.

16. The actions of the Defendants were intentional and wanton.

17. As a result of the Defendants' actions, the Plaintiffs were wrongfully seized.

18. The actions of the Defendants constituted a violation of the Plaintiffs' Fourth Amended rights as protected by 42 U.S.C. § 1983.

3

19. As a result of the actions of the Defendants, the Plaintiffs, MICHAEL MCCOY, MATTHEW MCCOY, and DONALD JESSE ANDRADE, suffered fear, anxiety, pain and suffering, emotional distress, and money damages.

WHEREFORE, the Plaintiffs, MICHAEL MCCOY, MATTHEW MCCOY, and DONALD JESSE ANDRADE, pray for judgment in their favor and against the Defendants P.O. JOEL GORDILS and P.O. DIVALE ROBERSON #119347, individually, in an amount of fair and reasonable compensatory damages, punitive damages, attorneys' fees and costs.

### COUNT III – CITY OF CHICAGO/ INDEMNIFICATION

1-19. Plaintiffs hereby re-allege and incorporate their allegations of paragraphs 1-19 of Count II as his respective allegations of paragraph 1-19 of Count III as though fully set forth herein.

20. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

21. Defendants, P.O. JOEL GORDILS and P.O. DIVALE ROBERSON #119347, are or were employees of the CITY OF CHICAGO and acted within the scope of their employment in committing the misconduct described herein.

WHEREFORE, should Defendants P.O. JOEL GORDILS and P.O. DIVALE ROBERSON #119347 be found liable for the acts alleged above, the Defendant CITY OF CHICAGO would be liable to pay the Plaintiffs any judgment obtained against said Defendants.

WHEREFORE, the Plaintiffs, MICHAEL MCCOY, MATTHEW MCCOY, and DONALD JESSE ANDRADE, pray for judgment against the Defendant CITY OF CHICAGO for reasonable compensatory damages plus attorney's fees and costs.

4

## **JURY DEMAND**

The Plaintiffs, MICHAEL MCCOY, MATTHEW MCCOY, and DONALD JESSE ANDRADE, hereby request a trial by jury.

                                                  Respectfully submitted,
                                                  MICHAEL MCCOY,
                                                  MATTHEW MCCOY, and DONALD JESSE ANDRADE

By:   */s/ Gregory E. Kulis*
         One of Plaintiffs' Attorneys

Gregory E. Kulis (#6180966)
GREGORY E. KULIS & ASSOCIATES, LTD.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
p. (312) 580-1830 / f. (312) 580-1839
e. gkulis@kulislawltd.com

5